UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/10/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

| | |
|---|---|
| GREGORY SCOTT ELLINGER,<br><br>                          *Plaintiff*,<br><br>  v.<br><br>DEPUTY SHERIFF ERIN NAPIER, *et al.*,<br><br>                        *Defendants*. | CASE NO. 6:22-cv-19<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This case comes before the Court on cross-motions for summary judgment, Dkts. 24, 26. For the reasons addressed in an accompanying opinion, Defendants' motion for summary judgment, Dkt. 26, will be granted and Plaintiff Ellinger's motion for summary judgment, Dkt. 24, will be denied.

\* \* \* \*

The Clerk of the Court is hereby directed to send this Order to all counsel of record.

Entered this  **10th**  day of April, 2023.

*[signature]*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE